1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11   IN RE LISA KAYE GOLDEN          | Case Nos.:  21-CV-1279 TWR (NLS),
                                     | 21-CV-1304 TWR (NLS), 21-CV-1306
12                         Debtor.   | TWR (NLS), 21-CV-1307 TWR (NLS),
                                     | 21-CV-1308 TWR (NLS), 21-CV-1349
13                                   | TWR (NLS), 21-CV-1351 TWR (NLS),
                                     | 21-CV-1353 TWR (NLS), 21-CV-1461
14                                   | TWR (NLS), 21-CV-1462 TWR (NLS),
     LISA KAYE GOLDEN,               | 21-CV-1463 TWR (NLS), 21-CV-1475
15                                   | TWR (NLS)
                         Appellant,
16   v.                              | Bankruptcy No.: 17-6928-MM7 &
17                                   | Adversary No. 18-90054-MM
     JEFFREY ROGERS; RICHARD
18   KIPPERMAN,                      | **ORDER (1) ORDER DISMISSING
                                     | ACTIONS FOR FAILURE TO PAY
19                       Appellees.  | FILING FEE AND FAILURE TO
20                                   | COMPLY WITH THE COURT'S
                                     | ORDER, AND (2) DENYING AS
21                                   | MOOT APPELLANT'S MOTIONS
22                                   | TO STAY AND TRUSTEE'S *EX
                                     | PARTE* APPLICATION**
23

24

25

26

27        On August 31, 2021, the Court issued an Order (the "August 31 Order") requiring

28   Appellant Lisa Kaye Golden to pay the filing fee in the above-captioned bankruptcy

appeals[1] no later than September 14, 2021.  (*See, e.g.*, No. 21-CV-1279 TWR (NLS) ECF No. 7.)  The Court clearly indicated that, "*[s]hould Appellant fail timely to pay the filing fee in any of the Unpaid Appeals, the Court will dismiss those bankruptcy appeals without prejudice.*"  (*Id.* at 2 (emphasis in original).)  As of the date of this Order, no filing fee has been paid and no other filings have been made in any of the above-captioned bankruptcy appeals.  Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** each of the above-captioned bankruptcy appeals for failure to pay the requisite filing fee and for failure to comply with the Court's August 31 Order.  *See* S.D. Cal. CivLR 83.1(a).

In its August 31 Order, the Court also deferred ruling on Ms. Goldens Motions to Stay (ECF Nos. 4, 6) in Case No. 21-CV-1279 TWR (NLS) and Chapter 7 Trustee Richard M. Kipperman's Application for an Order Shortening Time for Hearing, if Necessary, and Expedited Review and Adjudication of Pending Appeal Due to: (1) Interlocutory Nature of Order Appealed; and (2) On Other Grounds ("*Ex Parte* App.," ECF No. 3) in Case No. 21-CV-1475 TWR (NLS) to afford Ms. Golden the opportunity to pay the requisite filing fee in those actions.  (*See* Aug. 31 Order at 3.)  Because the Court has dismissed those cases for failure to pay the filing fee, the Court **DENIES AS MOOT** Ms. Golden's Motions to Stay and the Trustee's *Ex Parte* Application.

**IT IS SO ORDERED.**

Dated:  September 15, 2021

_____
Honorable Todd W. Robinson
United States District Court

---

[1] All references in this Order to the "above-captioned bankruptcy appeals" refer to these cases: 21-CV-1279 TWR (NLS); 21-CV-1304 TWR (NLS); 21-CV-1306 TWR (NLS); 21-CV-1307 TWR (NLS); 21-CV-1308 TWR (NLS); 21-CV-1349 TWR (NLS); 21-CV-1351 TWR (NLS); 21-CV-1353 TWR (NLS); 21-CV-1461 TWR (NLS); 21-CV-1462 TWR (NLS); 21-CV-1463 TWR (NLS); and 21-CV-1475 TWR (NLS).